# JOYCE C. LONDON
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NY 10007

Tel: 212 964-3700　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 212 964-2926
Email: jlondonlaw@aol.com

January 23, 2008

**By ECF and Hand Delivery**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

　　　　　　　　　　　　　Re:　　United States v. Jaime Romero-Padilla,
　　　　　　　　　　　　　　　　　(S-3) 05 Cr 1262 (DLC)

Dear Judge Cote:

　　　This letter is respectfully submitted to request that, in addition to the questions which the Court routinely poses to jurors in a criminal case involving a narcotics conspiracy, the Court ask potential jurors the following two questions:

1.　　Name a public figure whom you respect or admire and tell us why you chose that person.

2.　　Which newspaper(s) do you read on a regular basis and/or television channels do you watch on a regular basis for information on current events.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　Joyce C. London
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　Jaime Romero-Padilla

cc.:　　AUSA's Marc Berger & Kevin Puvalowski (By Fax: 212: 637-0086)